UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONCERNED CITIZENS OF ASSUMPTION PARISH, ET AL., ) ) | Case No.: 11-2545 |
| ) | Section: J |
| *Plaintiffs,* ) | Judge: Barbier |
| ) | Division: 1 |
| v. ) | Magistrate: Shushan |
| ) | |
| MAJOR GENERAL MERDITH W.B. TEMPLE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), and ) ) ) ) ) ) | |
| U.S. ARMY CORPS OF ENGINEERS, ) ) | |
| *Defendants*. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Concerned Citizens of Assumption Parish and Louisiana Environmental Action Network, stipulate to dismissal of the Plaintiffs' action with prejudice. The U.S. Army Corps of Engineers has released to Plaintiffs all of the documentation responsive to their Freedom of Information Act requests which were at issue in the litigation. Therefore, no issues remain for this Court to adjudicate. Pursuant to Fed. R. Civ. P. 41, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." All parties hereby stipulate to dismissal with prejudice of Plaintiffs' claims.

Stipulated to, and respectfully submitted, on August 2, 2012,

.

| TULANE ENVIRONMENTAL LAW CLINIC | UNITED STATES ATTORNEY For The Eastern District Of Louisiana |
|---|---|
| /s/ Lisa W. Jordan | /s/ Brock D. Dupre |
| Lisa W. Jordan, SBN: 20451<br>Tulane Environmental Law Clinic<br>6329 Freret Street<br>New Orleans, Louisiana 70118<br>Tel: (504)865-5789// Fax: (504)862-8721<br>*Counsel for Plaintiffs Concerned Citizens Of Assumption Parish and Louisiana Environmental Action Network* | BROCK D. DUPRE #28563<br>Assistant United States Attorney<br>650 Poydras Street, Suite 1600<br>New Orleans, LA  70130<br>Office:  (504) 680-3005<br>Fax:     (504) 680-3104 |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on August 2, 2012.

/s/ Lisa Jordan
_____
Lisa Jordan, SBN: 20451